IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

ROLF C. HAGEN (USA) CORP.,

Plaintiff,

v.

MARC WEISS COMPANIES, INC. and
WEISS ORGANICS, INC.,

Defendants.

Civil Action No. 05 10047 WGY

RECEIPT #_____
AMOUNT $ 150.00
SUMMONS ISSUED 3
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. 17P
DATE 1/7/05

MAGISTRATE JUDGE RBC

## COMPLAINT AND JURY DEMAND

Rolf C. Hagen (USA) Corp. ("Hagen") brings this civil action against Marc Weiss Companies, Inc. and Weiss Organics, Inc. (collectively "Weiss").

## THE PARTIES

1. Plaintiff Rolf C. Hagen (USA) Corp. is a Massachusetts corporation with its principal place of business at 50 Hampden Road, Mansfield, Massachusetts 02048.

2. On information and belief, Marc Weiss Companies, Inc. is a Florida corporation with its principal place of business at 5935 Ravenswood Road, E20, Fort Lauderdale, FL 33312.

3. On information and belief, Weiss Organics, Inc. is a Florida corporation with its principal place of business at 12166 St. Andrews Pl. #106, Miramar, FL 33025 or 3335 South Brocksmith Road, Ft. Pierce, FL 34945.

## JURISDICTION AND VENUE

4. This is an action for trademark infringement, false designation of origin arising, and dilution under the Lanham Act, 15 U.S.C. § 1051, *et seq.*, and for breach of

contract. This Court has jurisdiction pursuant to 15 U.S.C. § 1125 and 28 U.S.C. §§ 1331, 1332, 1338, 1367.

5. This Court has personal jurisdiction over Defendants. The infringing product is currently advertised and can be purchased on an interactive retail website that can be reached from Massachusetts. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## PLAINTIFF AND ITS RIGHTS IN THE MARKS CYCLE® AND CYCLEGUARD®

6. Hagen, founded in 1955, has its International Headquarters in Montreal, Canada and has wholly owned subsidiaries in the United States, England, France, Germany and Malaysia (South East Asia) and does business in Japan, Korea, Thailand, South Africa Spain, Mexico, Italy, Australia, New Zealand, Taiwan and the Philippines. Hagen is well known as a source of high quality pet supplies to the independent pet trade.

7. Hagen has been using the mark CYCLE for bacterial biological filter supplements for aquariums in commerce since 1988.

8. Hagen filed for federal trademark protection on the mark CYCLE in 1989 and the mark issued on the primary register of the United States Patent and Trademark Office in 1990 as Registration No. 1,614,517, a copy of which is attached to this complaint as Exhibit 1.

9. Hagen has been using the mark CYCLEGUARD for aquarium filters in commerce since 1989.

10. Hagen filed for federal trademark protection on the mark CYCLEGUARD in 1989 and the mark issued on the primary register of the United States Patent and

Trademark Office in 1990 as Registration No. 1,603,683, a copy of which is attached to this complaint as Exhibit 2.

11.   Hagen's aforementioned federal trademark registrations have become incontestable pursuant to 15 U.S.C. § 1065 as a result of the United States Patent and Trademark Office's acceptance in each case of an affidavit of incontestability following more than five consecutive years of use.

12.   Hagen's use of the marks CYCLE and CYCLEGUARD has been continuous and substantial. These marks have been very popular and successful for Hagen, and Hagen has invested heavily in promoting the marks and developing goodwill associated with them.

13.   The marks CYCLE and CYCLEGUARD are associated with a single source, Rolf C. Hagen, Inc. The marks are strong, distinctive, and arbitrary marks. Hagen is aware of no other company in the aquarium supplement industry that uses the word CYCLE as all or part of any trademark or service mark.

## DEFENDANTS' UNAUTHORIZED USE OF A CONFUSINGLY SIMILAR MARK

14.   In March 1998, Hagen became aware that Weiss was using the confusingly similar mark CYCLE VITAL for an aquarium additive.

15.   In April 1998, Hagen wrote to Weiss, demanding that it immediately discontinue use of the mark CYCLE VITAL as an infringement of Hagen's registered marks CYCLE and CYCLEGUARD.

16.   In May 1998, Weiss agreed to cease all further use of the marks. In a letter to Hagen, Weiss stated that it would "immediately discontinue use of the word Cycle in identifying its products and as part of a trademark for its products, [refrain] from

its use in packaging and promotional material and [destroy] all such packaging and material on hand." A copy of that letter is attached to this complaint as Exhibit 3.

17. Hagen recently became aware that Weiss has started using the mark CYCLE BOOST for an aquarium additive, violating its promise to refrain from using the word CYCLE in identifying its products and thus infringing Hagen's trademarks.

18. On November 18, 2004, Hagen sent a letter to Weiss requesting that Weiss cease and desist from using the infringing mark. Weiss did not respond to this letter.

19. Weiss was on actual notice of Hagen's use of the marks at least by virtue of their correspondence in 1998 and its promise not to use a confusingly similar mark again.

## COUNT I

### (Trademark Infringement Under 15 U.S.C. § 1125(a) and Common Law)

22. The allegations of the paragraphs above are restated and re-alleged as though fully set forth herein.

23. Hagen is the rightful owner of the marks CYCLE and CYCLEGUARD.

24. In addition to its rights in CYCLE and CYCLEGUARD at common law, Plaintiff is the owner of U.S. Federal Registration Nos. 1,603,683 and 1,614,517, both of which are incontestable pursuant to 15 U.S.C. § 1065.

25. Without authorization from Plaintiff, and notwithstanding the fact that Defendants agreed to cease using a mark incorporating the term CYCLE, Defendants are using the mark CYCLE BOOST in connection with goods that are very closely related to the type of goods sold by Plaintiff under the CYCLE and CYCLEGUARD marks.

26. Defendants' past, present and ongoing actions constitute trademark infringement of Plaintiff's CYCLE and CYCLEGUARD marks by using one or more marks that are likely to cause confusion, mistake and/or deception as to source, sponsorship or affiliation, subjecting Defendants to liability under 15 U.S.C. § 1125 and the common law of Massachusetts.

27. Defendants' infringing actions have damaged Plaintiff in an amount to be determined at trial.

28. Defendants' infringing actions will continue unless enjoined by this Court.

29. Plaintiff has no adequate remedy at law, and will suffer irreparable harm to its business, reputation and goodwill unless Defendants' unlawful conduct is enjoined by this Court.

## COUNT II

### (False Designation Of Origin Under 15 U.S.C. § 1125(a))

30. The allegations of the paragraphs above are restated and re-alleged as though fully set forth herein.

31. The mark CYCLE BOOST used by Weiss on its products constitutes a false designation of origin pursuant to 15 U.S.C. § 1125(a), suggesting to consumers that Defendants' business is associated with or sponsored by Plaintiff.

32. Defendants' unauthorized use of the mark CYCLE BOOST has a substantial effect on interstate commerce.

33. Defendants' false designations of origin have been made in connection with goods (e.g., aquarium additives) from which it makes a profit.

34. Defendants' false designations of origin are likely to cause confusion, mistake or deception as to the origin, sponsorship or approval (by Plaintiff) of the products sold by Defendants under the infringing mark, subjecting Defendants to liability under 15 U.S.C. § 1125(a).

35. Plaintiff has been damaged by Defendants' false designations of origin in an amount to be determined at trial.

36. Plaintiff has been damaged by said conduct of Defendants in an amount to be determined at trial.

## COUNT III

### (Breach of Contract)

37. The allegations of the paragraphs above are restated and re-alleged as though fully set forth herein.

38. On May 14, 1998, Weiss promised to cease use of the word CYCLE in identifying its products and as a trademark for its products, in return for Hagen's refraining from suing Weiss for trademark infringement at that time.

39. Defendants breached the contract by incorporating Plaintiff's trademark CYCLE into a trademark for one of its products, namely CYCLE BOOST.

40. Plaintiff has been damaged by said conduct in an amount to be determined at trial.

41. Defendants' actions will continue unless enjoined by this Court.

42. Plaintiff has no adequate remedy at law, and will suffer irreparable harm to its business, reputation and goodwill unless Defendants' unlawful conduct is enjoined by this Court.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff requests that this Court:

A.    Preliminarily and permanently enjoin Defendants, including all partners, officers, agents, servants, employees, attorneys, and all those persons and entities in active concert or participation with them, from further infringement, false designation of origin, unfair competition and unfair trade practices, with respect to Plaintiff's CYCLE and CYCLEGUARD marks, pursuant to 15 U.S.C. § 1125 or otherwise.

B.    Direct Defendants to pay Plaintiff its actual damages, any additional profits realized by Defendants, and the costs of this action pursuant to 15 U.S.C. § 1117(a).

C.    Direct Defendants to pay Plaintiff its damages as a result of Defendants' breach of contract.

D.    Enter judgment that Defendants' trademark infringement and false designation of origin has been knowing and willful.

E.    Award Plaintiff its attorney fees and costs in prosecuting this action, pursuant to 15 U.S.C. § 1117.

F.    Award Plaintiff treble damages pursuant to 15 U.S.C. § 1117(b).

G.    Award Plaintiff such further relief as this Court may deem just and necessary.

- 8 -

## JURY DEMAND

Hagen demands a trial by jury of all issues so triable.

ROLF C. HAGEN, INC.

By its attorney,

Dated: January 7, 2005

Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX

- 8 -

Int. Cl.: 1

Prior U.S. Cl.: 6

**United States Patent and Trademark Office**  Reg. No. 1,614,517
Registered Sep. 25, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## CYCLE

ROLF C. HAGEN (USA) CORP. (MASSACHU-
SETTS CORPORATION)
50 HAMPDEN ROAD
MANSFIELD, MA 02048

FOR: BACTERIAL BIOLOGICAL FILTER SUPPLEMENTS FOR USE IN HOME AQUARIUM, IN CLASS 1 (U.S. CL. 6).

FIRST USE 9-19-1988; IN COMMERCE 9-19-1988.

SER. NO. 73-813,361, FILED 7-18-1989.

RACHEL BLUE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 31 and 50

# United States Patent and Trademark Office

Reg. No. 1,603,683
Registered June 26, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## CYCLEGUARD

ROLF C. HAGEN (USA) CORP. (MASSACHUSETTS CORPORATION)
50 HAMPDEN ROAD
MANSFIELD, MA 02048

FOR: AQUARIUM FILTERS FOR FILTERING LARGE PARTICULATE MATTER, COLORS AND GASES, AND AMMONIA FROM THE AQUARIUM WATER, IN CLASS 16 (U.S. CLS. 31 AND 50).

FIRST USE 9-21-1987; IN COMMERCE 6-2-1989.

SER. NO. 73-806,812, FILED 6-15-1989.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Massachusetts___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Massachusetts |
|---|---|---|
| PLAINTIFF<br>ROLF C. HAGEN (USA) CORP. | | DEFENDANT<br>MARC WEISS COMPANIES, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  1,614,517 | 9/25/1990 | ROLF C. HAGEN (USA) CORP. |
| 2  1,603,683 | 6/26/1990 | ROLF C. HAGEN (USA) CORP. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>1/7/2005 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☒ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  1,614,517 | 9/25/1990 | ROLF C. HAGEN (USA) CORP. |
| 2  1,603,683 | 6/26/1990 | ROLF C. HAGEN (USA) CORP. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|   |   |   |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROLF C. HAGEN (USA) CORP.

## DEFENDANTS
MARC WEISS COMPANIES, INC.

(b) County of Residence of First Listed Plaintiff: BRISTOL, MASSACHUSETTS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: BROWARD, FLORIDA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael A. Albert, BBO # 558566
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave., Boston, MA 02210   (617) 646.800

Attorneys (If Known)

05 10047 WGY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ■ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ■ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury— Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ■ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. § 1051   Infringement of Trademark CYCLE®

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE 1/7/05
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)_____
   ROLF C. HAGEN (USA) CORP. v. MARC WEISS COMPANIES, INC.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ☐  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ☑  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,       *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ☐  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ☐  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,       05 10047 WGY
            690, 810, 861-865, 870, 871, 875, 900.

   ☐  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                          YES ☐   NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
                                                                          YES ☐   NO ☑

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                          YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                          YES ☐   NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                                          YES ☑   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☑         Central Division ☐         Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐         Central Division ☐         Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                          YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Michael A. Albert
ADDRESS  Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210
TELEPHONE NO.  617-646-8000

(Coversheetlocal.wpd - 10/17/02)