IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROLF C. HAGEN (USA) CORP.,

        Plaintiff,

v.

MARC WEISS COMPANIES, INC. and
WEISS ORGANICS, INC.,

        Defendants.

Civil Action No. _____

**05 10047 WGY**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Plaintiff Rolf C. Hagen (USA) Corp. identifies Rolf C. Hagen

Inc., which is privately held, as its parent corporation. No publicly held company holds 10

percent or more of the plaintiff's stock.

ROLF C. HAGEN, INC.
By its attorney,

Dated: January 7, 2005

Michael A. Albert, BBO # 558566
malbert@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646.8000 Phone
(617) 646.8646 FAX