AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE    District of    MASSACHUSETTS

ROLF C. HAGEN (USA) CORP.,

Plaintiff,

V.

MARC WEISS COMPANIES, INC. and
WEISS ORGANICS, INC.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    10047 WGY

Received 1-19-05 Served 1-19-05
Time 11:00am
(PSW) / son Givens-7

TO: (Name and address of Defendant)

Weiss Organics, Inc.
3335 South Brocksmith Road
Ft. Pierce, FL 34945

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

an answer to the complaint which is herewith served upon you, within ___20 (Twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | | DATE |
|---|---|---|
| | | 1/19/2005 |

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 05-10047-WGY

Plaintiff:
**ROLF C. HAGEN (USA) CORP.**

vs.

Defendant:
**MARC WEISS COMPANIES, INC. and WEISS ORGANICS, INC.**

For:
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Federal Reserve Building
Boston, MA 02210

Received by JOSEPH RICH C.P.S. on the 11th day of January, 2005 at 10:26 am to be served on **WEISS ORGANICS INC., 3355 SOUTH BROCKSMITH ROAD, FORT PIERCE, FLORIDA 34945.**

I, Frank Lodico, being duly sworn, depose and say that on the **15th day of January, 2005** at **11:02 am, I:**

SERVED the within named corporation by delivering a true copy of this **SUMMONS AND COMPLAINT AND JURY DEMAND WITH EXHIBITS AND CORPORATE DISCLOSURE STATEMENT** to CRAIG JONES, MANAGER, in the absence of any officer or director, business agent or general manager at the corporation's place of business due to the failure of the registered agent to comply with F.S. 48.091 and informing them of the contents therein, pursuant to F.S. 48.081.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served.

Frank Lodico
C.P.S. #96-87

Subscribed and Sworn to before me on the 17th day of January, 2005 by the affiant who is personally known to me.

NOTARY PUBLIC

CAROL A. LOGRASSO
MY COMMISSION # ... 30138
EXPIRES: J... ...
Bonded Thru Notary ...

JOSEPH RICH C.P.S.
**129 N.E. Prima Vista Boulevard**
**Port St. Lucie, FL 34983**
**(772) 340-0011**

Our Job Serial Number: 2005000168
Ref: R0136.50001US00

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f