AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

ROLF C. HAGEN (USA) CORP.,

Plaintiff,

V.

MARC WEISS COMPANIES, INC. and
WEISS ORGANICS, INC.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10047 WGY

TO: (Name and address of Defendant)

Marc Weiss Companies, Inc.
5935 Ravenswood Road
E20
Fort Lauderdale, FL 33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Albert
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210

an answer to the complaint which is herewith served upon you, within ___20 (Twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

DATE   1/7/2005

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 05-10047-WGY

Plaintiff:
**ROLF C. HAGEN (USA) CORP.**
vs.
Defendant:
**MARC WEISS COMPANIES, INC. and WEISS ORGANICS, INC.**

For:
    WOLF GREENFIELD & SACKS, P.C.

Received by JOSEPH RICH C.P.S. on the 11th day of January, 2005 at 10:26 am to be served on **MARC WEISS COMPANIES INC., 5935 RAVENSWOOD ROAD, E20, FORT LAUDERDALE, FLORIDA 33312**. I, _George Hanz Mawolu_, being duly sworn, depose and say that on the _17_ day of _January_, 20_05_ at _10:40_ m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT AND JURY DEMAND WITH EXHIBITS AND CORPORATE DISCLOSURE STATEMENT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Kenny Westberry_ as _Manager_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _21st_ day of _January 2005_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CAROL A. LOGRASSO
MY COMMISSION # DD 136132
EXPIRES: July 30, 2006
Bonded Thru Notary Public Underwriters

PROCESS SERVER # _137_
Appointed in accordance
with State Statutes

JOSEPH RICH C.P.S.
129 N.E. Prima Vista Boulevard
Port St. Lucie, FL 34983
(772) 340-0011

Our Job Serial Number: 2005000169

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f