UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HAGEN**

            **Plaintiff**

    V.

**WEISS, ET AL**

            **Defendant**

CIVIL ACTION

NO. 05-10047-WGY

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __ROLF C. HAGEN__ for an order of Default for failure of the Defendant, __MARC WEISS COMPANIES AND MARC WEISS__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __9__ day of __FEBRUARY, 2005__.

            TONY ANASTAS
            CLERK OF COURT

            /s/ Elizabeth Smith
**By:**
            **Deputy Clerk**

**Notice mailed to:**

**(05-10047ntcdefault.wpd - 2/2000)** **[ntcdflt.]**