## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the Plaintiff's Motion for Entry of Default Judgment was served in hand via process server upon Karen Weiss, registered agent for both Weiss Organics, Inc. and Marc Weiss Companies, Inc., the Defendants in this action. Attached as Exs. 1 and 2 are print outs from the Florida Secretary of State web site indicating Karen Weiss as the registered agent. Attached as Ex. 3 is the Affidavit of Service from the process server.

August 5, 2005                                            /s/ Michael A. Albert
                                                                                  Michael A. Albert

**EXHIBIT 1**



Florida Profit

**MARC WEISS COMPANIES, INC.**

PRINCIPAL ADDRESS
5935 RAVENSWOOD ROAD, E20
FORT LAUDERDALE FL 33312

MAILING ADDRESS
5935 RAVENSWOOD ROAD, E20
FORT LAUDERDALE FL 33312

| **Document Number** | **FEI Number** | **Date Filed** |
|---|---|---|
| P96000055398 | 650695602 | 06/27/1996 |
| **State** | **Status** | **Effective Date** |
| FL | ACTIVE | NONE |

## Registered Agent

| Name & Address |
|---|
| WEISS, KAREN<br>5935 RAVENSWOOD RD #E20<br>FORT LAUDERDALE FL 33312 |
| Name Changed: 01/06/2005 |
| Address Changed: 01/12/2001 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| WEISS, KAREN<br>5935 RAVENSWOOD ROAD, E20<br>FORT LAUDERDALE FL 33312 | P |

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2003 | 03/20/2003 |

| | |
|---|---|
| 2004 | 03/01/2004 |
| 2005 | 01/06/2005 |

[ Previous Filing ]   [ Return to List ]   [ Next Filing ]

No Events
No Name History Information

## Document Images
Listed below are the images available for this filing.

```
01/06/2005 -- ANNUAL REPORT
03/01/2004 -- ANN REP/UNIFORM BUS REP
03/20/2003 -- ANN REP/UNIFORM BUS REP
01/15/2002 -- ANN REP/UNIFORM BUS REP
01/12/2001 -- ANN REP/UNIFORM BUS REP
01/25/2000 -- ANN REP/UNIFORM BUS REP
02/18/1999 -- ANNUAL REPORT
01/23/1998 -- ANNUAL REPORT
02/05/1997 -- ANNUAL REPORT
```

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

[ Corporations Inquiry ]   [ Corporations Help ]

**EXHIBIT 2**

Florida Department of State, Division of Corporations

Corporations Online
www.sunbiz.org                           Public Inquiry

# Florida Profit

## WEISS ORGANICS, INC.

PRINCIPAL ADDRESS
12166 ST ANDREWS PL
#106
MIRAMAR FL 33025
Changed 04/27/2004

MAILING ADDRESS
12166 ST ANDREWS PL
#106
MIRAMAR FL 33025
Changed 04/27/2004

| Document Number | FEI Number | Date Filed |
|---|---|---|
| P03000094438 | 753128726 | 08/25/2003 |
| **State** | **Status** | **Effective Date** |
| FL | ACTIVE | NONE |
| **Last Event** | **Event Date Filed** | **Event Effective Date** |
| NAME CHANGE AMENDMENT | 06/21/2004 | NONE |

## Registered Agent

| Name & Address |
|---|
| WEISS, KAREN<br>12166 ST ANDREWS PL<br>#106<br>MIRAMAR FL 33025 |
| Address Changed: 04/27/2004 |

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| WEISS, KAREN PRES<br>12166 ST. ANDREWS PLACE #106<br>MIRAMAR FL 33025 | MS. |

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2004 | 04/27/2004 |

[ Previous Filing ]          [ Return to List ]          [ Next Filing ]

View Events
View Name History

## Document Images

Listed below are the images available for this filing.

```
06/21/2004 -- Name Change
04/27/2004 -- ANNUAL REPORT
02/16/2004 -- Name Change
08/25/2003 -- Domestic Profit
```

**THIS IS NOT OFFICIAL RECORD; SEE DOCUMENTS IF QUESTION OR CONFLICT**

**Corporations Inquiry**          **Corporations Help**

**EXHIBIT 3**

Aug 03 05 10:16a    Joseph Rich, Process Svc.    (772)878-8234        p.2

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Massachusetts

Case Number: 05-10047-WGY

Plaintiff:
**ROLF C. HAGEN (USA) CORP.**
vs.
Defendant:
**MARC WEISS COMPANIES, INC. and WEISS ORGANICS, INC.**

For:
WOLF GREENFIELD & SACKS, P.C.

Received by JOSEPH RICH C.P.S. on the 21st day of July, 2005 at 9:58 am to be served on MARC WEISS COMPANIES INC., 5935 RAVENSWOOD ROAD, E20, FT. LAUDERDALE, FL. 33312. I, _George Hasumpours_, being duly sworn, depose and say that on the _25_ day of _July_, 200_5_ at _1:05_ .m., executed service by delivering a true copy of the **MOTION FOR ENTRY OF DEFAULT JUDGMENT, (PROPOSED) PERMANENT INJUNCTION ORDER** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Marc Weiss_ as _President_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _3rd_ day of _August 2005_ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _157_
Appointed in accordance
 with State Statutes

JOSEPH RICH C.P.S.
129 N.E. Prima Vista Boulevard
Port St. Lucie, FL 34983
(772) 340-0011

Our Job Serial Number: 2005004590

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j